JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 14 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HENRY RODRIGUEZ,

    Petitioner,

vs.

GEORGE NEOTTI, Warden,

    Respondent.

Case No. SACV 10-0160-CJC (RNB)

**JUDGMENT**

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 13, 2010

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE